AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY



| United States District Court | District | Of Massachusetts | |
|---|---|---|---|
| Name Sebastian Pares-Ramirez | Prisoner No. W-41627 | Case No. | |

Place of Confinement
NCCI P.O. Box 466
Gardner, Ma 01440-0466

# 04-40039

Name of Petitioner (include name under which convicted)

Sebastian Pares-Ramirez

Name of Respondent (authorized person having custody of petitioner)

V.    M.T. Maloney,ET AL

The Attorney General of the State of: T. Reilly Atty, General of Mass.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  1985

2. Date of judgment of conviction  1985

3. Length of sentence  2nd Degree Life

4. Nature of offense involved (all counts)  Murder

5. What was your plea? (Check one)
   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☒
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

FILING FEE PAID:
RECEIPT # 404289
AMOUNT $ 5.00
BY DEPU CLK Sfines
DATE 4-5-04

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court     MASS APPEALS COURT

    (b) Result     CONVICTION AFFIRMED

    (c) Date of result and citation, if known   DO NOT REMEMBER

    (d) Grounds raised     "   "   "

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court   MASS SUPREME JUDICIAL COURT

        (2) Result     CONVICTION AFFIRMED

        (3) Date of result and citation, if known   DO NOT REMEMBER

        (4) Grounds raised     "   "   "

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court

        (2) Result

        (3) Date of result and citation, if known

        (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court     RECORDS NOT AVAILABLE

        (2) Nature of proceeding

        (3) Grounds raised

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _RECORDS NOT AVAILABLE_____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ // _____ // _____ // _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____ // _____ // _____ // _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒
(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☒   No ☐
(2) Second petition, etc.      Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
RECORDS NOT AVAILABLE

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: NONE _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____
NONE

_____

_____

_____

_____

_____

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____NONE_____

_____

(b) At arraignment and plea _____

_____

AO 241 (Rev. 5/85)

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☐     **DO NOT KNOW**

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    _____

    (b) Give date and length of the above sentence: ___ 2nd Degree LIFE

    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
SEPTEMBER– 1–2003
_____
(date)

_Sebastian Xavier Ramirez_
Signature of Petitioner

(7)

9-28-2003                              W-41627
DATE                                   CONTROL NUMBER

Reason for withdrawal  I Would Like to Send A Chech

Amount $5.00 Dollars

To: Tony Anastas For Filling Fee For

Petition A Federal For A Writ

Of Habeas Corpus

*Sebastian Pares* C.O. *Verdard*
RESIDENT
T-2 211A    Approved _____
                        SEP 29 2003

HOUSING UNIT

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>John Joseph Moakley<br>U.S. District Court<br>Tony Anastas, Clerk<br>1 Courthouse Way<br>Boston, Ma 02210 | 3. Service Type<br>XX Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7099-3400-0001-3834-4878 | |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-19

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery  7/4/03<br>C. Signature<br>X _____  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Chief Justice<br>Mass Supreme Judicial Court<br>For The Commonwealth<br>1412 New Courthouse<br>Boston, Ma 02103 | 3. Service Type<br>XX Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7000-0600-0023-9563-9387 | |

PS Form 3811, March 2001      Domestic Return Receipt      102595-01-M-1424

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*UNKNOWN SCREEN*

1. Article Addressed to:

John Joseph Moakley
U.S. District Court
Tony Anastas, Clerk
1 Courthouse Way
Boston, Ma 02210

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( *Printed Name* )       C. Date of Delivery
                                           9/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)      7000-0600-0023-9564-3445

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X _William J Coughlin_  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Eva M. Badway, A.A.G.
1 Ashburton PL,
Boston, Massachusetts 02108

3. Service Type
XXX Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   7099-3400-0001-3833-6514

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
Janet Cemach | 8/26/3

C. Signature
X _Janet Cemach_  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Nancy Ankers White, Esquire
Massachusetts Dept, of Corr,
50 Maple Street Suite 3
Milford, Mass 01757-3698

3. Service Type
XXX Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   7099-3400-0001-3833-6545

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery 2/28/a<br>C. Signature<br>x M. Melillo   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Maura S. Doyle, Clerk<br>The Commonwealth of Massachusetts<br>Supreme Judicial Court<br>For Suffolk County<br>1404 New Courthouse<br>Boston, Mass 02108 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (Copy from service label)<br>7000-0600-0023-9564-2707 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| PS Form 3811, July 1999        Domestic Return Receipt | 102595-00-M-095 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nelly Gaitan
1107 Marygon Street
Kissimmee, Florida 34744

06/13/03                         COMMONWEALTH OF MASSACHUSETTS             Page 1
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

SJ-2003-0198

SEBASTIAN PARES-RAMIREZ vs.
COMMISSIONER MASSACHUSETTS DEPARTMENT OF CORRECTIONS

| | | | |
|---|---|---|---|
| ENTRY DATE | 04/10/03 | CASE STATUS | Active: Case Filed |
| STATUS DATE | 05/08/03 | NATURE | Habeas Corpus c.248,s.35 |
| JUSTICE | | SUB NATURE | |
| PET ROLE L CT | notapp | TC DISPOSITION | Not applicable |
| SJ DISPO DATE | | SJ DISPOSITION | |
| LEAD CASE | | RELATION | |
| TRIAL JUDGE | | TRIAL CT | |
| TC ENTRY DATE | | TC RULING DATE | CLERK LCA |
| TC DOCKET NO | | FC/OE DKT NO | PUBLIC y |

Sebastian Pares-Ramirez
Pro Se Petitioner
NCCI P.O. Box 466
Gardner MA 01440-0466
Active 01/24/03 Notify

Commissioner Mass Dept. of Correction
resp
Active 04/10/03

John W. McEvoy, Jr.
Assistant District Attorney
Office of the District Attorney/Middle
40 Thorndike Street, 2nd Floor
East Cambridge MA 02141
Phone: 617-679-6511
332740 Active 04/10/03 Notify

Thomas F. Reilly
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston MA 02108
Phone: 617-727-2200 2042
Fax: 617-727-5785
416020 Active 01/24/03 Notify

STATE
REMEDIES
EXHAUSTED

Nancy Ankers White, Esquire
Mass. Correction Department
Legal Division
70 Franklin Street    Suite 600
Boston MA 02110-1300
Phone: 617-727-3300 124
Fax: 617-727-7403
525550 Active 03/04/03 Notify

06/13/03                    COMMONWEALTH OF MASSACHUSETTS                    Page 2
                               SUPREME JUDICIAL COURT
                                FOR SUFFOLK COUNTY

                                   SJ-2003-0198

                            SEBASTIAN PARES-RAMIREZ vs.
           COMMISSIONER MASSACHUSETTS DEPARTMENT OF CORRECTIONS

Middlesex Superior Court Dept.
(Lower Court: criminal)
Clerk for Criminal Business
40 Thorndike Street
East Cambridge MA 02141
Phone: 617-494-4015
Active 04/10/03 Notify

                        * * *   D O C K E T   * * *
-----------------------------------------------------------------------------
PAPER DATE      ENTRY
------ -------- -------------------------------------------------------------

      04/10/03 Case entered. (THE INFORMATION FOR THIS CASE WAS TRANSFERRED
               FROM PS-2003-0013)

      04/10/03 Filing fee paid. ($260)

1.0   04/10/03 Petition for Writ of Habeas Corpus Ad Subjiciendum (The Great
               Writ) Against False Imprisonment in State Prison by a Court
               without Fundamental Jurisdiction filed by Sebastian
               Pares-Ramirez, pro se with exhibits with certificate of
               service.

2.0   06/04/03 Affidavit of Sebastian Pares-Ramirez In Re: Petition by a
               Prisoner for Habeas Corpus Legal Standard and Time Limits of
               Habeas Corpus filed by Sebastian Pares-Ramirez pro se.

3.0   06/04/03 Affidavit of Sebastian Pares-Ramirez pro se.

4.0   06/13/03 Letter to Dear Sir from Sebastian Pares-Ramirez saying.."Please
               inform me why I have not received the DOCKET NUMBER and why my
               petition has not been adjudicated.."

      06/13/03 An updated docket sheet was mailed to Sebastian Pares-Ramirez.
               (see paper #4) (lav)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery  _Aly Banks_  JUN 12 2003<br>C. Signature  X _Aly Banks_  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>To; Admin, Judge<br>Supreme Judicial Court<br>1300 New_Courthouse<br>Boston, MA  02108 | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)  7000-0600-0023-9564-2592 | |

The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
1404 COURTHOUSE
BOSTON, MA 02108

MAURA S. DOYLE, *Clerk*

SEBASTIAN PARES-RAMIREZ
NCCI
P.O. Box 466
Gardner, MA 01440-0466

01440+0466

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SEBASTIAN PARES-RAMIREZ  )
          )
    PETITIONER,  )   CIVIL ACTION
          )
VS.         )   NO.03-11819-RWZ
          )
COMMISSIONER OF CORRECTIONS )
          )
    RESPONDENTS. )

PETITIONER'S MOTION TO THE
ILLEGAL "ORDER" ISSUED FROM
THIS FEDERAL SOVEREIGNTY  TO
THIS STATE SOVEREIGNTY  WITHOUT
THE SEAL OF THE FEDERAL COURT AFFIXED

————————————————————————————————

DS

Petitioner SEBASTIAN PARES-RAMIREZ, the Pro Se

prosecution of his"Petition for WRIT OF HABEAS CORPUS

AD SUBJICIENDUM (THE GREAT WRIT) AGAINST FALSE IMPRI-

SONMENT IN STATE PRISON BY A COURT WITHOUT FUNDAMENTAL

JURISDICTION" (37 PAGES) accompanying by (7) FORM-PAGES

CAPTIONED: (JS 44 (Rev.11/95) "CIVIL COVER SHEET",

PETITION UNDER 28 USC §2254 FOR WRIT OF HABEAS CORPUS

BY A PERSON IN STATE CUSTODY"(AO241 (Rev.5/85).

  Petitioner claims that [t]his Honorable Court

was caused to be erroneously presented with A PARTIAL

SET OF PAPERS filed by this Petitioner.

  Hereinafter, the Petitioner presents the list of

paper to prove his calims.

Petitioner claims that PRISON GUARDS STOLE HIS PRO SE"PETITION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM (THE GREAT WRIT) AGAINST FALSE IMPRISONMENT IN STATE PRISON BY A COURT WITHOUT FUNDAMENTAL * JURISDICTION." My Petition

incorporated PAGES (1) to PAGE (37), which included (10) PAGES OF EXHIBITS for this Court to adjudicate.

It is obvious that the PRISON GUARDS illegally con-fiscated the PETITION and mailed the form:

"PETITION UNDER 28 USC § 2254 FOR WRIT
OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"
KEY NUMBER AO 241(Rev.5/85)

**Omission.** The neglect to perform what the law re-quires. The intentional or unintentional failure to act which may or may not impose criminal liability de-pending upon the existence, vel non, of a duty to act under the circumstances. See also **Neglect.**

The  COURT (HONORABLE RYA W.ZOBEL UNITED STATES DISTRICT JUDGE) on "OCTOBER 8,2003" issued an ORDER, addressing [O]NLY the Petitioner's FORM PETITION (supra) 28 §2254 WRIT, because THE COURT did not know that the FULL PETITION WAS STOLEN AT THE PRISON BY GUARDS!!!

The Petitioner claims that he was not made aware of these facts UNTIL TODAY, "FEBRUARY 28,2004"!!! And he was made aware that this Court's "ORDER . . . " dated "OCTOBER 8,2003" was NULL AND VOID AB INITIO (From the begining) because the CLERK OF COURT AND THE DEPUTY CLERKS OF COURT FAILED TO AFFIX THE SEAL OF THE UNITED STATES DISTRICT COURT UPON [EACH] ORDER SENT FROM THIS FEDERAL DISTRICT TO THE PETITIONER, WHO IS HELD IN FALSE IMPRISONMENT    2.

IS HELD IN FALSE IMPRISONMENT IN STATE [SOVEREIGNTY] OF MASSA-
CHUSETTS. Petitioner states that the OMISSION to affix the
SEAL OF THE UNITED STATES DISTRICT COURT upon the "ORDERS"
THE DEPUTY CLERK(S) uttered forged documents, asserting that
said documents were VALID PROCESSES, merely because they were
sent from the FEDERAL SOVEREIGNTY JUDIDIARY (Title 28 USCS
§101 MASSACHUSETTS) which, the Deputy Clerks of Court DOES NOT
have the Congressional nor Judicial powers to issue processes
performing IN NON COMPLIANCE with the ACTS OF CONGRESS:

TITLE 1 USCS §114

TITLE 28 USCS §1691

TITLE 28 USCS §951

Petitioner claims that the DEPUTY CLERKS of the U.S.
MAGISTRATE properly AUTHENTICATE the MAGISTRATE-JUDGE'S
ORDERS by affixing the SEAL OF THE COURT upon each ORDER sent
to state prisoners.

Petitioner has challenged the malfeasance of the
THEFT OF HIS PETITION by state prison guards, and the mal-
feasance by the DEPUTY CLERKS OF THIS FEDERAL DISTRICT COURT
when they failed to affix the SEAL OF THE COURT upon the
"ORDERS" of this FEDERAL COURT, as the STATUTORY LAWS MAN_
DATES.

THE RULES OF THE UNITED STATES SUPREME COURT has
established RULE 44."PROOF OF OFFICIAL RECORDS (a)(1) which
also mandates "*** AUTHENTICATION BY THE SEAL OF THE COURT".

3.

IN CONCLUSION, the Petitioner claims that he is making the effort to deliver [ALL] pages and exhibits to this HONOR-ABLE COURT, toask this COURT to ACCEPT HIS PETITION AND ACCOMPANYING PLEADINGS AND sxhibits under the principles of NUNC PRO TUNC, as if Petitioner has originally filed his Petition.

FEBRUARY/MARCH _____,@2004.

RESPECTFULLY SUBMITTED,

SEBASTIAN PARES-RAMIREZ
Pro Se
NCCI P.O.Box 466
GARDNER,MA 01440

4.

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS



**The Seal**

**Mandatory Authority**

AUTHENTICATION

37

JUDICIARY & JUDICIAL
PROCEDURE
ORGANIZATION OF COURTS
**28 USCS § 101**

## § 101.  Massachusetts

Massachusetts constitutes one judicial district.

Court shall be held at Boston, New Bedford, Springfield, and Worcester.
(June 25, 1948, ch 646, § 1, 62 Stat. 882.)

**33**

28 USCS

# CHAPTER 57.   GENERAL PROVISIONS APPLICABLE TO COURT OFFICERS AND EMPLOYEES

Section
951.   Oath of office of clerks and deputies

**28 USCS § 951**                    COURT OFFICERS AND EMPLOYEES

## § 951.   Oath of office of clerks and deputies

Each clerk of court and his deputies shall take the following oath or affirmation before entering upon their duties: "I, _____, having been appointed _____, do solemnly swear (or affirm) that I will truly and faithfully enter and record all orders, decrees, judgments and proceedings of such court, and will faithfully and impartially discharge all other duties of my office according to the best of my abilities and understanding. So help me God."

(June 25, 1948, ch 646, § 1, 62 Stat. 925.)

## PROCESS

28 USCS **The Seal of the Court**

## § 1691.   Seal and teste of process

All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

7th day of February, 2000.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE



DAWN T. OUELLETTE
Deputy Clerk
(508) 793-0126

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

**AUTHENTICATION**          **PROCESS**



-28 USCS                    DISTRICT COURTS;
                            CLERKS

### JUDICIARY & JUDICIAL PROCEDURE

§ 1691.   Seal and teste of process

All Writ and Process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

Cited in: UNITED STATES SUPREME COURT
CASES
SUPREME COURT DIGEST, VOL. 14.

Aetna Ins. Co. v Doe ex dem. Hallock (Aetna Ins. Co. v Hallock) 6 Wall 556, 18 L Ed 948
Any process issuing from a court which by law is required to authenticate such process with its seal is void if issued without a seal.



**FALSE IMPRISONMENT**

*16*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


SEBASTIAN PARES-RAMIREZ
                Petitioner

                                    CIVIL ACTION
        V.
                                    NO.   03CV11819-RWZ
COMMISSIONER OF CORRECTIONS
                Respondent


ORDER OF DISMISSAL


ZOBEL, D. J.

      In accordance with the Court's Order dated   10/8/03  summarily dismissing this petition for

writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be

and hereby is dismissed.


                                        By the Court,


10/8/03
        Date                            Deputy Clerk


(2254dism.ord - 09/92)                                      [odism.]

#1

EMPHASIS ADDED: (7 EXHIBITS)
    THIS ORDER IS VOID, DUE TO THE
FAILURE OF THE CLERK TO AFFIX THE
SEAL OF THE COURT: TITLES 28 $1691,
              $1738;