UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                     )
Sebastian Pares-Ramirez,             )
          Petitioner                 )
                                     )   Civil Action
          v.                         )   No. 04-40039-NMG
                                     )
Michael Maloney and Lynn Bissonnette,)
          Respondents                )
                                     )
```

ORDER

This is the fourth petition for habeas corpus this petitioner has filed with respect to the same claim for relief.  See Civil Action No. 98-40090-NMG, Civil Action No. 01-10581-NMG and Civil Action No. 03-11819-RWZ.  The most recent petition was dismissed by United States District Judge Rya W. Zobel because it was "probably untimely and, in any case, does not raise a matter of constitutional dimension".

This petition is equally deficient, is frivolous and is definitely untimely.  Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is DISMISSED.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 4/30/04